UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEE MATHIS,<br><br>　　　　Defendant. | Case No.:  15-cr-2822-CAB<br><br>Order Granting Motion for<br>Sentencing Modification Pursuant<br> to 18 U.S.C. § 3582. |

　　For good cause shown, the defendant's unopposed motion under 18 U.S.C. § 3582(c) is GRANTED, as follows:

1. Defendant's sentence is modified to time served.

2. Defendant shall be released within 72 hours of this order. Upon his release, defendant shall self-quarantine at home for an additional 14-day period.

3. Defendant's counsel shall, within 24 hours of this order, contact the BOP to arrange transportation. Defendant shall be picked up at FCC Lompoc by Tammy Shaw.

4. Defendant shall serve the remaining portion of the original term of imprisonment as calculated by the BOP – until January 6, 2021 – as supervised release with the special condition that he shall be subject to home detention.  During the period of home detention, defendant shall be subject to electronic monitoring at the discretion of the probation office and shall be restricted to his residence at all times other than for his necessary medical appointments.

5. Defendant shall serve 3 years of supervised release as originally imposed. All other previously imposed conditions of supervised release shall remain in effect. Defendant's counsel shall ensure defendant receives a copy of the previously ordered conditions, the Amended Judgment and Commitment and and this order.

IT IS SO ORDERED.

Dated:  6/19/2020                                 _____
                                                   Honorable Cathy Ann Bencivengo
                                                   United States District Judge